1 THOMAS E. FRANKOVICH (State Bar No. 074414)
  JULIA M. ADAMS  (State Bar No. 230795)
2 THOMAS E. FRANKOVICH,
  *A Professional Law Corporation*
3 2806 Van Ness Avenue
  San Francisco, CA 94109
4 Telephone:     415/674-8600
  Facsimile:      415/674-9900
5
  Attorneys for Plaintiffs
6 MARSHALL LOSKOT
  and DISABILITY RIGHTS
7 ENFORCEMENT, EDUCATION
  SERVICES: HELPING YOU
8 HELP OTHERS

9

10
                    UNITED STATES DISTRICT COURT
11
                    EASTERN DISTRICT OF CALIFORNIA
12

13 MARSHALL LOSKOT, an individual; and   )   **CASE NO. CIV.S-04-1670 LKK PAN**
   DISABILITY RIGHTS ENFORCEMENT,        )
   EDUCATION SERVICES:HELPING YOU        )   **STIPULATION OF DISMISSAL AND**
14 HELP OTHERS, a California public benefit )  **ORDER THEREON**
   corporation,                          )
15                                        )
              Plaintiffs,                 )
16                                        )
   v.                                     )
17                                        )
   NORTHSTATE RECYCLING, a California    )
18 corporation; and RUSSELL R. SHORT and  )
   DORTHA M. SHORT, as trustees of the   )
19 SHORT TRUST,                           )
                                          )
20            Defendants.                 )
   _____)
21

22 The parties, by and through their respective counsel, stipulate to dismissal of this action in its

23 entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

24 Settlement Agreement and General Release ("Agreement"), each party is to bear its own costs

25 and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction

26 over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375

27 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

28 agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
*Loskot, et al. v. Northstate Recycling, et al.*                                                                                                  1

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

DATED: May 20, 2005                 THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

                                    By:_____/s/_____
                                           Julia M. Adams
                                    Attorneys for Plaintiffs
                                    MARSHALL LOSKOT and DISABILITY RIGHTS
                                    ENFORCEMENT, EDUCATION, SERVICES:
                                    HELPING YOU HELP OTHERS

DATED: May 17, 2005                 WELLS, SMALL & SELKE


                                    By: _____/s/_____
                                           Frederick James Weil
                                    Attorney for Defendants NORTHSTATE
                                    RECYCLING, INC., RUSSELL R. SHORT and
                                    DORTHA M. SHORT, as trustees of the SHORT
                                    TRUST

**ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: May 25, 2005

                                    /s/Lawrence K. Karlton
                                    Hon. Lawrence K. Karlton
                                    UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
*Loskot, et al. v. Northstate Recycling, et al.*                                                                2